UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASSAN N. OUBEID,

    Plaintiff,

v.                                      Case. No. 12-13671
                                        Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on March 13, 2013

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

## I. INTRODUCTION

This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 16], in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment [dkt 11] be granted, Defendant's Motion for Leave to File Instanter [dkt 15] be granted, and that this case be remanded for further proceedings under the fourth sentence of 42 U.S.C. § 405(g).

The Court has thoroughly reviewed the court file, the respective motions, and the Report and Recommendation. For the reasons discussed below, the Court ADOPTS the Magistrate Judge's Report and Recommendation. Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Motion for Leave to File Instanter is GRANTED, and this case is remanded for further proceedings.

## IV. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that the Court ADOPTS the Magistrate Judge's Report and Recommendation [dkt 16].  Plaintiff's Motion for Summary Judgment [dkt 11] is GRANTED, Defendant's Motion for Leave to File Instanter [dkt15] is GRANTED, and this case is remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Dated: March 13, 2013

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE